A.ASHLEY GAMBOURIAN, CSBN # 155615
Law Offices of A. Ashley Gambourian
245 E. Olive Ave., #303
Burbank, CA 91502
Tel: (818) 566-9941
Fax: (818) 566-9951
eMail: ashleygambourian@aol.com

H. HENRY EZZATI, CSBN # 266544
Ezzati Law, P.C.
PO BOX 60340
Irvine, CA 92602
Tel: (310) 801-1975
Fax: (949) 528-3780
eMail: henry@ezzatilaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLGA DAVTYAN et al.; | CV: 11-9049 JAK (RZx) |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING JOINT STIPULTION OF DISMISSAL |
| ERIC H. HOLDER, Jr., Attorney General of the United States; et al. Defendants. | |

Upon consideration of the Stipulation of Dismissal filed on March 14, 2012, and good cause therefore having been shown, it is hereby:

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL

1

ORDERED that the instant action is dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: March _____, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE